# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-40581
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 15, 2015

UNITED STATES OF AMERICA,

Lyle W. Cayce
Clerk

Plaintiff-Appellee

v.

JUAN OLIVARES-ESTRADA, also known as Enrique Olivera, also known as
Juan Olivares,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:14-CR-729-1

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Juan Olivares-Estrada has moved
for leave to withdraw and has filed a brief in accordance with *Anders v.
California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th
Cir. 2011). Olivares-Estrada has filed a response. We have reviewed counsel's
brief and the relevant portions of the record reflected therein, as well as

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 15-40581

Olivares-Estrada's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.